UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JEFFREY DENNARD MCNEAIR, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-10595-WGY |
| | ) | |
| J. RAY ORMAND, et al., | ) | |
| Defendants. | ) | |

## **PROCEDURAL ORDER**

Plaintiff has filed a self-prepared complaint, but has not paid the $350.00 filing fee and the $50.00 administrative fee, *see* 28 U.S.C. § 1914(a) ($350.00 filing fee for all non-habeas civil actions), or filed a motion for leave to proceed without prepayment of the filing fee, *see* 28 U.S.C. § 1915 (proceedings *in forma pauperis*).

Accordingly, plaintiff must either (1) pay the $400.00 filing and administrative fees; or (2) move for leave to proceed without prepayment of the filing fee. Failure of plaintiff to comply with this directive ***by Monday, July 22, 2019*** may result in the dismissal of this action.

If plaintiff elects to seek *in forma pauperis* status, plaintiff must submit an affidavit that includes a statement of all plaintiff's assets. *See* 28 U.S.C. § 1915(a)(1). For the convenience of litigants, this Court provides a form application to seek leave to proceed *in forma pauperis*. The Clerk shall provide plaintiff with an Application to Proceed in District Court Without Prepaying Fees or Costs.

SO ORDERED.


7/1/2019                                            /s/ William G. Young
DATE                                                UNITED STATES DISTRICT JUDGE